# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

_Roland Chambers_,

Plaintiff,

vs.

_Apple Inc._
_Amazon.com Inc_
_CD Baby_,

Defendant(s).

) C/A No. _____
)
)
)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED, CLERKS OFFICE

2014 MAR 18 AM 10 31

US DISTRICT CT COLA, SC

**Pro Se Party's Answers to Rule 26.01 Interrogatories**

(A)  State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

Roland Chambers c/o Reliable Brokering (copyright holder)
210 Whitewing Dr
Columbia, SC 29229

(B)  As to each claim, state whether it should be tried jury or non jury and why.

Civil non jury

(C)  State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

Copyright Infringement and Violation of Digital Millineum Act of 1998

(D)  Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:
(1) a short caption and the full case number of the related action;
(2) an explanation of how the matters are related; and
(3) a statement of the status of the related action.

Please disclose any cases which may be related regardless of whether they are still pending.

*Note*: Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

_____
_____
_____

(E)  [*Pro Se* **Defendants** only.] If the defendant is improperly identified, give the proper identification and state whether the party(ies) submitting these responses will accept service of an amended summons and pleading reflecting the correct identification.

_____
_____

(F)  [*Pro Se* **Defendants** only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

_____
_____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __18__ day of __March__, 20_14_.

_Roland Charles_
*Signature of Party Responding*